UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**PRISILLA JASMINE CABRERA,**        **MEMORANDUM ENDORSEMENT**

        Plaintiff,                      1:20-cv-03883-GWG

v.                                        Notice of Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C.A. § 2412 (West)

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

---

**COUNSEL:**

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Howard D. Olinsky, attorney for Plaintiff, and other papers, Plaintiff will make a motion before the Court on a date to be set by the court, for an order:

1. Awarding an Equal Access to Justice Act Counsel Fee for $5,971.85; and

2. Awarding expenses in the amount of $17.25; and

3. If Plaintiff has no debt registered with the Department of Treasury subject to offset that the fees be made payable to the attorney.

Plaintiff's attorney, Howard D. Olinsky, moves the court for an award to be paid by Defendant under the Equal Access to Justice Act, 28 U.S.C.A. § 2412.

There are no special circumstances in this case which make an award under the EAJA unjust.

This motion is supported by an affirmation of Plaintiffs attorney, attached time and cost records and a Waiver of Direct Payment by Plaintiff.

Executed this July 15, 2021

                                                     Respectfully submitted,

                                                     /s/ *Howard D. Olinsky*
                                                     Howard D. Olinsky, Esq.
                                                     Counsel for Plaintiff
                                                     Olinsky Law Group
                                                     250 South Clinton St., Suite 210
                                                     Syracuse, NY 13202
                                                     Telephone: 315-701-5780
                                                     Facsimile: 315-701-5781
                                                     Email: fedct@windisability.com

**No opposition having been filed to this motion, it is granted as unopposed. Plaintiff is awarded $5,971.85 in attorney's fees and $17.25 in expenses under the Equal Access to Justice Act.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**August 6, 2021**